Samuel Levins and Genco Inc., appellees, v. City of Chicago et al., appellants. Gen. No. 40,268.

Opinion filed July 6, 1938. Rehearing denied July 19, 1938.

Barnet Hodes, Corporation Counsel, for appellants; Martin H. Foss and Alphonse Cerza, Assistant Corporation Counsel, of counsel. Otto F. Weiner, for appellees; Sidney R. Zatz, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Chicago Title and Trust Company, appellee, v. Frank F. Hense et al. Appeal of Harold Lederer et al., appellants. Gen. No. 40,401.

Opinion filed October 7, 1938. Rehearing denied October 24, 1938.

Mills & Karlin, for appellants; Isaac M. Mills, Samuel Arthur Karlin and Robert A. Krantz, of counsel. Woodward & Tottenhoff, for appellee; Joseph R. Tottenhoff, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Bert C. Roach, receiver of First American National Bank and Trust Company of Berwyn, appellant, v. Rose Kouba et al., appellees. Gen. No. 39,615.

Opinion filed October 10, 1938.

John B. Bernard, for appellant. Harry E. Kopald, for appellee Edward Kvidera; Julius M. Lorenz, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.